```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
MARK JOSEPH, a/k/a MARK GOLDBERG,                                   :
                                                                    :
                            Plaintiff,                              :
                                                                    :
            -v-                                                     :     18-cv-5629 (KBF)
                                                                    :
KIRSCHENBAUM & PHILLIPS, P.C.,                                      :     ORDER
GALAXY PORTFOLIOS, LLC, and ELITE                                   :
RECOVERY SERVICES INC.,                                             :
                                                                    :
                            Defendants.                             :
                                                                    :
------------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: July 9, 2018

KATHERINE B. FORREST, District Judge:

By separate Order, the Court has referred this case to the Magistrate Judge for general pretrial purposes. The initial pretrial conference ("IPTC") set for September 4, 2018 is hereby ADJOURNED.

SO ORDERED.

Dated:   New York, New York
         July 9, 2018

                                        _____
                                              KATHERINE B. FORREST
                                            United States District Judge