UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

Plaintiff,   MARK JOSEPH, a/k/a MARK GOLDBERG

   -v-

Defendant.  KIRSCHENBAUM & PHILLIPS, P.C., GALAX +

----------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

18-cv-5629   ( KBF ) (   )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____

_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  July 9, 2018
_____

SO ORDERED:

_____

United States District Judge