| | |
|---|---|
| Attorney(s) | The Law Offices of Robert J. Nahoum |
| Index # | 1:18-CV-05629-KBF-KNF |
| Purchased/Filed: | June 21, 2018 |
| State of New York | |
| Court: | U. S. District |
| County: | Southern Dist. |

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Mark Joseph, aka Mark Goldberg

against

Kirschenbaum & Phillips P.C. et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 55 yrs

Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White

Hair color: Brown  Other: ____

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 20, 2018, at 12:00 PM, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in A Civil Action & Complaint

on

**Elite Recovery Services Inc**

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

20th day of July 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

Invoice·Work Order # 1821300
Attorney File # **Joseph**